## VERIFICATION

I, David Runge, Managing Member of Tax Law Solutions, LLC ("TLS"), am the authorized representative of TLS for the purposes of verifying the foregoing Complaint. I have personal knowledge of the matters set forth in the Complaint or the information contained therein has been collected and made available to me by counsel and employees of TLS. I state, under penalties as provided by law under the laws of the United States, that the factual allegations and statements made therein are true and correct to the best of my knowledge and belief.

November 7, 2014

San Juan, Puerto Rico

_____
David Runge

Affidavit 320

Sworn before me by David Runge, resident of San Juan, Puerto Rico, of legal age, single and executive, whom I personally know. On this 7th day of November, 2014.





Notary



1