# Exhibit C

# DC Consulting

760 Whippoorwill Dr.
Brandon, MS 39047
601-214-1307

| | |
|---|---:|
| Date: | February 01, 2014 |
| Invoice #: | 0010 |

| Description | Amount |
|---|---:|
| Professional Services for the period 02.01.14 to 02.15.14 | $1400.00 |
| Professional Services for the period 02.16.14 to 02.28.14 | $1400.00 |

# DC Consulting

760 Whippoorwill Dr.
Brandon, MS 39047
601-214-1307

Date: March 01, 2014
Invoice #: 0011

| Description | Amount |
|---|---|
| Professional Services for the period 03.01.14 to 03.15.14 | $1400.00 |
| Professional Services for the period 03.16.14 to 03.31.14 | $1400.00 |

# DC Consulting

760 Whippoorwill Dr.
Brandon, MS 39047
601-214-1307

| | |
|---|---|
| Date: | April 01, 2014 |
| Invoice #: | 0012 |

| Description | Amount |
|---|---|
| Professional Services for the period 04.01.14 to 04.15.14 | $1400.00 |
| Professional Services for the period 04.16.14 to 04.30.14 | $1400.00 |

# DC Consulting

760 Whippoorwill Dr.
Brandon, MS 39047
601-214-1307

Date: April 01, 2014
Invoice #: 0012

| Description | Amount |
|---|---|
| Professional Services for the period 04.01.14 to 04.15.14 | $1400.00 |
| Professional Services for the period 04.16.14 to 04.30.14 | $1400.00 |

# **_DC Consulting_**

*760 Whippoorwill Dr.*
*Brandon, MS 39047*
*601-214-1307*

| | |
|---|---|
| Date: | May 01, 2014 |
| Invoice #: | 0013 |

| Description | Amount |
|---|---|
| Professional Services for the period 05.01.14 to 05.15.14 | $1400.00 |
| Professional Services for the period 05.16.14 to 05.31.14 | $1400.00 |