

_____

No. 3:14-CV-881-CWR-LRA

TLS MANAGEMENT & MARKETING SERVICES, LLC,

*Plaintiff,*

v.

MARDIS FINANCIAL SERVICES, INC.,
CAPITAL PRESERVATION SERVICES, LLC, &
J. TODD MARDIS,

*Defendants.*

_____

FINAL JUDGMENT

_____

Judgment is hereby entered for the plaintiff and against the defendants in the amount of $4,024,764.02. Interest shall run on this amount at an annual rate of 2.42% from today until the judgment is satisfied.

SO ORDERED, this the 3rd day of August, 2018.

s/ CARLTON W. REEVES
*United States District Judge*